No. 938. THE GENERAL FIREPROOFING COMPANY, PETITIONER, *v.* L. WALLACE & SON; and No. 939. THE TITLE GUARANTY & SURETY COMPANY OF SCRANTON, PA., PETITIONER, *v.* L. WALLACE & SON. May 31, 1910. Petition for writs of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. F. H. Atwood, Mr. Frank Hagerman* and *Mr. Amor H.*

*Sargent* for the petitioners.　*Mr. John N. Hughes* for the respondents.